```
1  BENJAMIN B. WAGNER
   United States Attorney
2  NIRAV K. DESAI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2716
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:01-MJ-00016 JFM |
|---|---|
| Plaintiff, | **ORDER DISMISSING COMPLAINT** |
| v. | |
| RICARDO RAMIREZ-YANEZ,. | |
| Defendant. | |

For the reasons set forth in the motion to dismiss filed by the United States, the charges against defendant **RICARDO RAMIREZ-YANEZ** in the pending Complaint, are hereby DISMISSED and any outstanding arrest warrant is recalled.

Dated: July 25, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1